UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-10(01)RM |
| | ) | |
| ELVIN AQUINO-GALLO | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 21, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 15], ACCEPTS defendant Elvin Aquino-Gallo's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 8 U.S.C. § 1326(a) and (b)(1).

SO ORDERED.

ENTERED:   March 12, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court